**Scott GOODMAN, Appellant,**

v.

**AT & T CORPORATION and Division of Employment Security, Respondents.**

**No. ED 85368.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 18, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 2005.

Application for Transfer Denied
Jan. 31, 2006.

Scott Goodman, St. Louis, MO, pro se.

Alan Downs (Division of Employment Security), Jefferson City, MO, Kevin P. Clark, (AT & T Corporation), St. Louis, MO, for respondents.

Before GARY M. GAERTNER, SR., P.J., GEORGE W. DRAPER III, J., and KENNETH M. ROMINES, J.

1. All statutory references are to RSMo 2000,    unless otherwise indicated.

## ORDER

PER CURIAM.

Scott Goodman (Goodman) appeals the Labor and Industrial Relations Commission's Order, which affirmed the Appeals Tribunal's decision that Goodman was ineligible for unemployment benefits, pursuant to Section 288.050.1 RSMo (2000). The Commission reasonably found that Goodman was ineligible for benefits because of his inability and unavailability for work. We have reviewed the briefs of the parties and the Record on Appeal, and we find no error of law in this case. Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).